

**LAW OFFICES OF**
**MITCHELL S. SEGAL**
P.C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2025
```

Via ECF Filing
Honorable District Judge Margaret M. Garnett                    March 14, 2025
United States District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

    Re:  MATTHEW L. FERBER v. SEBASTIAN'S PIZZERIA INC., a New York company, d/b/a LAZZARA'S PIZZA CAFE, and 221 WEST 38TH STREET, LLC, a New York limited liability company.
          Case No.: 1:25-cv-01094-MMG

Dear Judge Margaret M. Garnett:

    I was recently engaged by the Defendant SEBASTIAN'S PIZZERIA INC. in the above-entitled action and request an extension of time to April 11, 2024 for Defendant to respond to the Plaintiff's Complaint. I have contacted Plaintiff's counsel and he has consented to this extension. I respectfully request the Court to grant this extension of time.

    This is the first extension request in this matter. I thank your honor for the time taken to review this request.

> DENIED AS MOOT. Per the Court's prior order (*see* Dkt. No. 7), the time to answer or otherwise respond to the complaint is stayed pending the submission of the parties' joint letter regarding settlement.
>
> SO ORDERED. Dated March 18, 2025.
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Mitchell Segal
_____
Mitchell Segal

Long Island Office — 1129 Northern Boulevard, Suite 404, Manhasset, N.Y. 11030
New York City Office — 137 Fifth Avenue, 9th Floor, New York, N.Y. 10010
msegal@segallegal.com | (212) 388-9444 | (516) 415-0100 | 800-700-CASE | (516) 706-6631 | www.segallegal.com